UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Matthew Jones</u>

    v.                                    Case No. 25-cv-145-SM

<u>NH Police Department</u>

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated April 16, 2025, for the reasons set forth therein.

The clerk of court shall enter judgment and close the case.

**So Ordered.**

_[signature]_
Steven J. McAuliffe
United States District Judge

Date: May 7, 2025

cc:  Matthew Jones, pro se